**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Annick M. Persinger (State Bar No. 272996)
Yeremey O. Krivoshey (State Bar No. 295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com
       apersinger@bursor.com
       ykrivoshey@bursor.com

*Attorneys for Plaintiff*

**CARLSON & MESSER, LLP**
Jeanne L. Zimmer (State Bar No. 123321)
J. Grace Felipe (State Bar No. 190893)
5959 W. Century Boulevard, Suite 1214
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DINA GARCIA, on Behalf of Herself and all Others Similarly Situated,<br><br>                Plaintiff,<br>  v.<br><br>STELLAR RECOVERY INC.,<br><br>                Defendant. | Case No. 5:16-cv-00521-BLF<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING PRETRIAL DEADLINES**<br><br>Judge Beth Labson Freeman |

Pursuant to this Court's Case Management Order, Dkt. No. 21, Plaintiff Dina Garcia and Defendant Stellar Recovery Inc. have met and conferred and agreed to the following "stipulated proposed schedule regarding dates and deadlines to trial":

| | |
|---|---|
| Last Day to Amend Pleadings or Add Parties | 12/30/2016 |
| Motion for Class Certification | 1/27/2017 |
| Opposition to Motion for Class Certification | 3/3/2017 |
| Reply in Support of Class Certification | 4/7/2017 |
| Last Day to Disclose Experts | 2/10/2018 |
| Last Day to Disclose Rebuttal Experts | 3/12/2018 |
| Fact Discovery Cut-Off | 4/10/2018 |
| Expert Discovery Cut-Off | 4/10/2018 |

Dated: June 29, 2016                Respectfully submitted,

**BURSOR & FISHER, P.A.**

By: */s/ Annick M. Persinger*
    Annick M. Persinger

L. Timothy Fisher (State Bar No. 191626)
Annick M. Persinger (State Bar No. 272996)
Yeremey O. Krivoshey (State Bar No.295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Email: ltfisher@bursor.com
      apersinger@bursor.com
      ykrivoshey@bursor.com

*Attorneys for Plaintiff*

Dated: June 29, 2016                **CARLSON & MESSER LLP.**

By: *Jeanne L. Zimmer*
    Jeanne L. Zimmer
    J. Grace Felipe

*Attorneys for Defendant*

| | |
|---|---|
| 1 | **ECF Signature Certification** |
| 2 | Pursuant to Civil L.R. 5-1(i)(3), I hereby certify that the content of this document is |
| 3 | acceptable to Jeanne L. Zimmer, counsel for Defendant, and that I have obtained Ms. Zimmer's |
| 4 | authorization to affix his electronic signature to this document. |

Dated: June 29, 2016

*/s/ Annick M Persinger*
Annick M. Persinger

# [PROPOSED] ORDER

Pursuant to the stipulation of the parties, the Court orders the following:

| | |
|---|---|
| Last Day to Amend Pleadings or Add Parties | 12/30/2016 |
| Motion for Class Certification | 1/27/2017 |
| Opposition to Motion for Class Certification | 3/3/2017 |
| Reply in Support of Class Certification | 4/7/2017 |
| Last Day to Disclose Experts | 2/10/2018 |
| Last Day to Disclose Rebuttal Experts | 3/12/2018 |
| Fact Discovery Cut-Off | 4/10/2018 |
| Expert Discovery Cut-Off | 4/10/2018 |

IT IS SO ORDERED.

DATED: _____

_____
HONORABLE BETH LABSON FREEMAN
United States District Judge