**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Joel D. Smith (State Bar No. 244902)
Yeremey Krivoshey (State Bar No. 295032)
Thomas A. Reyda (State Bar No. 312632)
1990 North California Boulevard, Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail: ltfisher@bursor.com
         jsmith@bursor.com
         ykrivoshey@bursor.com
         treyda@bursor.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DINA GARCIA, on Behalf of Herself and all Others Similarly Situated,<br><br>                            Plaintiff,<br><br>   v.<br><br>STELLAR RECOVERY INC.,<br><br>                            Defendant. | Case No. 5:16-cv-00521-BLF<br><br>**PLAINTIFF'S VOLUNTARY DISMISSAL OF THE COMPLAINT WITH PREJUDICE** |

1  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and Section 2 of the parties' previously-filed settlement agreement (Doc. No. 32-1, Exhibit A), Plaintiff hereby voluntarily dismisses her complaint in this action with prejudice.

Dated: July 6, 2017          Respectfully Submitted,

**BURSOR & FISHER, P.A.**

By:   */s/ Thomas Reyda*
          Thomas Reyda

L. Timothy Fisher (State Bar No. 191626)
Joel D. Smith (State Bar No. 244902)
Yeremey Krivoshey (State Bar No. 295032)
Thomas A. Reyda (State Bar No. 312632)
1990 North California Boulevard, Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail: ltfisher@bursor.com
            jsmith@bursor.com
            ykrivoshey@bursor.com
            treyda@bursor.com

*Attorneys for Plaintiff*